# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL CORTES-YANEZ,<br><br>      Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | CASE NO: 13-CV-0222 W<br>12-CR-3500 W-1<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS [DOC. 27]** |

On, January 25, 2013, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 ("Petition."). [Doc. 27.] As a matter of course, the Court issued a briefing schedule requiring Respondent to file an answer by April 25, 2013. [Doc. 29.] Upon further review, the Court finds it lacks jurisdiction to consider the Petition.

The record establishes that on or about September 11, 2012, Petitioner entered into a fast-track Plea Agreement, and waived both his right to appeal and collaterally attack his conviction and sentence. (*Plea Agreement* [Doc. 16] ¶ 11.) The Petition does not raise any challenge to the validity of that waiver. Additionally, having reviewed the Plea Agreement and transcript, the Court finds that Petitioner knowingly and voluntarily waived his right to appeal and collaterally attack his sentence. This Court,

therefore, lacks jurisdiction to consider any collateral challenge to his conviction and sentence. See Washington v. Lampert, 422 F.3d 864 F.3d 864, 869–70 (9th Cir. 2005) (recognizing that if sentencing stipulation's waiver of the right to file a federal habeas petition was valid, district court lacked jurisdiction to hear the case).

Accordingly, the Court **DENIES** the Petition [Doc. 27].

**IT IS SO ORDERED.**

**DATED: April 15, 2013**

_____
**HON. THOMAS J. WHELAN**
United States District Judge
Southern District of California